Roscoe MURPHY III, Roscoe Murphy, Jr. and Ernette Murphy

v.

Elwood BOONE, Kim S. Jordan, Vanessa Brown and Evelyn Anderson and The Bank of New York

Petition of Roscoe Murphy III and Roscoe Murphy, Jr.

No. 94 EM 2009.

Supreme Court of Pennsylvania.

Sept. 3, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 3rd day of September, 2009, the Petition for Review is **DENIED.**

Dennis MOYER

v.

**WORKERS' COMPENSATION APPEAL BOARD (POCONO MOUNTAIN SCHOOL DISTRICT).**

**Petition of Pocono Mountain School District.**

Supreme Court of Pennsylvania.

Sept. 9, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of September, 2009, the Petition for Allowance of Appeal and Petition for Supersedeas are **DENIED.**